IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CORRECT RX PHARMACY SERVICES, INC., | § § § § § | |
| Plaintiff, | | |
| v. | § § § | Civil Action No. 3:15-CV-3006-N |
| CORNERSTONE AUTOMATION SYSTEMS, LLC, *et al.*, | § § § § | |
| Defendants. | | |

## FINAL JUDGMENT

By previous Order dated April 16, 2018 [116], the Court granted summary judgment against Plaintiff Correct Rx Pharmacy Services, Inc. ("Correct Rx") and in favor of Defendant MTWD Holdings, Inc. ("MTWD") on Correct Rx's claims against MTWD. The remaining claims were tried to a jury which returned its verdict. By separate Order of this same date, the Court has ruled on the parties' motions for judgment.

It is, therefore, ordered that Correct Rx have judgment against Defendant Cornerstone Automation Systems, LLC ("COSI") on Correct Rx's negligent misrepresentation claim in the amount of $3,131,064.99, together with prejudgment interest at the rate of five percent (5%) per annum from the date of filing of this action through the date of judgment in the amount of $475,664.53, for a total judgment of $3,606,729.52, to bear postjudgment interest at the rate of 2.58% per annum simple interest from the date of judgment until paid. It is further ordered that Correct Rx take nothing on all of its other claims against all parties, and

that those claims are dismissed with prejudice. Any court costs that relate in whole or in part to Correct Rx's claims against COSI are taxed against COSI. Any court costs that relate solely to Correct Rx's claims against Defendants MTWD, Doke, Gillett and Karol are taxed against Correct Rx. All relief not expressly granted is denied. This is a final judgment.

Signed September 28, 2018.

_____
David C. Godbey
United States District Judge